AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| Crushawn Evans | ) | Case No.   5:26-mj-21 (MJK) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant(s)** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date(s) of January 23, 2026 in the county of Oswego in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C. §§ 841(a)(1) and (b)(1)(C). | Possession of a Controlled Substance with the Intent to Distribute. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒    Continued on the attached sheet.

*Richard R Gardinier 5999*
*Complainant's signature*

Richard Gardinier, ATF Special Agent
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    January 27th, 2026

*Judge's signature*

City and State:    Syracuse, New York          Hon. Mitchell J. Katz, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR  A CRIMINAL COMPLAINT**

I, Richard Gardinier, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of a criminal complaint charging Crushawn EVANS with violating Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

2.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since January 2, 2017.  I have attended the Federal Law Enforcement Training Center (FLETC), located in Glynco, Georgia, where in I was enrolled in, and successfully completed, both Criminal Investigator Training Program (CITP) and Special Agent Basic Training (SABT). During the course of my training, I received instruction on physical surveillance, interviewing sources of information and defendants, reviewing telephone and financial records, applying for and serving search warrants, firearms trafficking, etc.

3.      Prior to my time with ATF, I was employed by the United States Secret Service, Uniformed Division (USSS/UD) for four years.  I was enrolled in and successfully completed the Uniformed Police Training Program (UPTP) at FLETC, as well as New Officer Training with the USSS/UD, located in Beltsville, Maryland.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

5.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe Crushawn EVANS has violated Title 21, United States Code, Section

1

841(a)(1) and (b)(1)(C) (possession of a controlled substance with intent to distribute).

**FACTS ESTABLISHING PROBABLE CAUSE**

6.     On January 23, 2026, members of ATF, New York State Police (NYSP), and other local law enforcement entities executed a federal search warrant at an apartment in Phoenix, New York where Crushawn EVANS lives (hereafter, the "RESIDENCE").  EVANS was inside the RESIDENCE when law enforcement executed the search warrant.

7.     During the search of the RESIDENCE, several items of evidentiary value were seized pursuant to the warrant, including:

a.  A Taurus, model G2C, 9mm caliber pistol bearing serial number TIP11932;

b.  A Hatsan, model Escort, 12-gauge shotgun bearing serial number 70-H2aPT-000587;

c.  A .22lr caliber derringer-style pistol with no manufacturer markings, bearing serial numberP12046 ;

d.  Several rounds of ammunition in various calibers;

e.  Approximately 14.9 grams of a white chunky substance which field tested positive for the presence of cocaine base;

f.  US Currency;

g.  Scales, packaging and paraphernalia indicative of the distribution of controlled substances.

8.     During a subsequent post-*Miranda* interview, EVANS admitted to possession of all the firearms described above. EVANS also admitted that the cocaine base found in the RESIDENCE was his, and that he trafficked narcotics to support himself financially.

9.     Based on the information described above, there is probable cause to believe that

Crushawn EVANS violated Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) (possession of a controlled substance with the intent to distribute).

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

*Richard R Gardinier 5999*

                    Richard Gardinier
                    Special Agent, ATF

I, the Honorable Mitchell J. Katz, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by videoconference on January 27th, 2026 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Honorable Mitchell J. Katz
United States Magistrate Judge

3